[Nos. 23567–2–I; 23568–1–I. Division One. October 1, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK A. JOHNSON, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 88–1–04227–2, 88–1–02312–0, John M. Darrah, J., entered December 21, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 23848–5–I. Division One. October 1, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN C. GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–8–04728–8, George T. Mattson, J., entered March 1, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 22765–3–I. Division One. October 1, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN K. MARCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–00654–3, Richard M. Ishikawa, J., entered August 23, 1988. *Dismissed* by unpublished per curiam opinion.